From: Caldwell, Ronnie <Ronnie.Caldwell@corecivic.com>
Sent: Friday, February 14, 2020 9:30 AM
To: Jessica B Dominguez <Jessica_B_Dominguez@fd.org>
Subject: RE: Wednesday, February 12, 2020

Abeyta, Thomas # O3020151 refused to come to his Lawyer appointment with Jim Loonam on Friday February 14, 2020 ………………d/o Caldwell