# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 19-CR-0401 WJ

THOMAS ABEYTA,

    Defendant.

## ORDER ON MOTION TO WITHDRAW
## AS COUNSEL FOR THE DEFENDANT

THIS MATTER having come before the Court on the Federal Public Defender's Motion to Determine Counsel for the Defendant, Thomas Abeyta, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that James C. Loonam and the Office of the Federal Public Defender are allowed to withdraw as counsel for Thomas Abeyta based on a complete breakdown in attorney-client communication.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE

Submitted by:
James C. Loonam
Assistant Federal Public Defender